1

2

3

4

5

6

7                              IN THE UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9   DANTE JAMAHL ALEXANDER,

10              Petitioner,                         No. CIV S-07-0722 FCD GGH P

11       vs.

12   A. HEDGPETH, Warden,

13              Respondent.                         ORDER

14   _____/

15          By Order, filed on June 18, 2007, the Federal Defender was appointed as counsel

16   for petitioner, a state prisoner who filed pro se a petition for a writ of habeas corpus pursuant to

17   28 U.S.C. § 2254.  Assistant Federal Defender David Porter has moved for substitution of

18   counsel.  Although a proposed order was filed in .pdf format in the court's electronic filing

19   system, the undersigned has not received a proposed order in wordprocessing format via email

20   from counsel, pursuant to E. D. Local Rule 5-137(b).  The court will not consider a request that is

21   not in compliance with the local rules.

22          IT IS SO ORDERED.

23   DATED: 6/29/07                                 /s/ Gregory G. Hollows
                                                    _____
24                                                  GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE
25

26   GGH:009
     alex0722.lcr