1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Dante Alexander
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  DANTE JAMAHL ALEXANDER,         )
                                   )  CV. No. S-07-722 FCD GGH
10       Petitioner,                )
                                   )  STIPULATION AND
11    v.                            )  ORDER MODIFYING TIME FOR
                                   )  SCHEDULING STATEMENT
12 A. HEDGPETH                     )
                                   )
13                                  )
         Respondent,                )
14 _____)

15     In the above case, the Court had set a date of July 18, 2007

16 for submission of a joint scheduling statement.  The parties now

17 stipulate that this date should be extended 60 days to September

18 17, 2007 for the following reasons: 1.  Newly appointed counsel for

19 Petitioner has not yet received the file of this case.

20 2.  The Attorney General contends this petition was filed too late

21 and should be denied unless the case is subject to the granting of

22 an equitable tolling argument.  Additional time is needed to

23 contact the Petitioner and investigate equitable tolling.

24     It is therefore requested that the Court grant the request to

25 modify the date for submission of a joint scheduling statement to

26 September 17, 2007.

27 Dated July 18, 2007

28
                                  1

SO STIPULATED:


    /s/Jesse Witt                              /s/ J Toney
       Jesse Witt                                  J Toney


Deputy Attorney General              Attorney for Petitioner


                              ORDER


Good cause being shown the date for submission of a joint scheduling statement in this case is continued to September 17, 2007.

Dated:7/24/07                    /s/ Gregory G. Hollows
                                 U.S. Magistrate Judge

alex0722.stp

2