1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Dante Alexander
6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9  DANTE JAMAHL ALEXANDER,         )
                                   ) CV. No. S-07-722 FCD GGH
10        Petitioner,              )
                                   ) STIPULATION AND
11    v.                           ) ORDER MODIFYING TIME FOR
                                   ) PETITIONER'S STATEMENT
12 A. HEDGPETH                     )
                                   )
13                                 )
          Respondent,              )
14 _____ )

15     In the above case, the Court had set a date of December 17,
16 2007 for Petitioner's amended petition.  Because Petitioner's
17 counsel has still not been able to obtain the entire record, it is
18 now requested that the date for an amended petition (or statement
19 that Petitioner will stand on the original petition) be extended to
20 February 15, 2008.
21 SO STIPULATED:
22
23    /s/Jesse Witt                         /s/ J Toney
24      Jesse Witt                             J Toney
25
26 Deputy Attorney General              Attorney for Petitioner
27
28
                                    1

ORDER

Good cause being shown the date for submission of a Petitioner's amended petition or statement that he will stand on the original petition is continued to February 15, 2008.

Dated: 12/19/07                    /s/ Gregory G. Hollows
                                   U.S. Magistrate Judge

alex0722.po

2