01

02

03

04

05
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

06

07  DANTE JAMAHL ALEXANDER,                    )
                                                                        )
08            Petitioner,                                        )     CASE NO. 2:07-cv-00722-RAJ-JLW
                                                                        )
09            v.                                                    )
                                                                        )     ORDER DIRECTING RESPONDENT
10  A. HEDGPETH, Warden,                              )     TO SUPPLEMENT THE RECORD
                                                                        )
11            Respondent.                                     )
        _____   )

12

13            This is a federal habeas action brought pursuant to 28 U.S.C. § 2254.  Petitioner's

14  federal habeas petition is ripe for consideration.  The record provided by the parties, however,

15  is insufficient to allow this Court to proceed to disposition of the petition.  Although the

16  parties both reference the Clerk's Transcript and Reporter's Transcript in the briefing,

17  Respondent has not furnished the Court with these transcripts, as required by Rule 5(c) of the

18  Rules Governing Section 2254 Cases in the United States District Courts.  In addition,

19  Respondent has not furnished the Court with a copy of all relevant state court records.

20            In order to properly address petitioner's claims, this Court must obtain all relevant

21  transcripts and records of petitioner's state court proceedings.

22

ORDER TO SUPPLEMENT THE RECORD - 1

01    Accordingly, the Court hereby ORDERS as follows:

02       (1) Within fourteen (14) days of the date of this Order, respondent shall comply with
             Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District
03           Courts by furnishing the Court with a copy of the transcripts of all state court
             proceedings relevant to the instant petition, as well as a complete record of
04           petitioner's proceedings in the state courts relevant to the instant petition;

05       (2) If any of the above-mentioned materials are unavailable, respondent should, within
             fourteen (14) days of the date of this Order, inform this Court with specificity as to
06           their unavailability;

07       (3) No additional briefing is required or requested; and

08       (4) The Clerk is directed to send copies of this Order to petitioner, to counsel for
             respondent, and to the Honorable Richard A. Jones.

09

10    DATED this 8th day of January, 2010.

11

12

13                                                    JOHN L. WEINBERG
                                                      United States Magistrate Judge
14

15

16

17

18

19

20

21

22

ORDER TO SUPPLEMENT THE RECORD - 2