UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANTE JAMAHL ALEXANDER, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 2:07-cv-00722-RAJ-JLW |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| A. HEDGPETH, Warden, | ) | TIME FOR RESPONDENT TO |
| | ) | SUPPLEMENT THE RECORD |
| Respondent. | ) | |
| | ) | |

This is a federal habeas action brought pursuant to 28 U.S.C. § 2254.  Petitioner's federal habeas petition is ripe for consideration.  The record provided by the parties, however, was insufficient to allow this Court to proceed to disposition of the petition.  Accordingly, the Court directed respondent to furnish the Court with the transcripts of all state court proceedings relevant to the instant petition, as well as a complete record of petitioner's proceedings in the state courts relevant to the instant petition by January 22, 2010.  (*See* Docket 20.)

Pursuant to this Court's Order, respondent has lodged numerous documents with the Court, including a complete copy of the Clerk's Transcript on Appeal.  (*See* Docket 21.)  Respondent asserts, however, that he was unable to locate volumes two, four, and five of the

ORDER GRANTING EXTENSION - 1

01  Reporter's Transcript on Appeal.  Respondent requests an extension of time until January 29,

02  2010, to retrieve the missing volumes from storage or the California Court of Appeal and file

03  them with the Court.  Respondent's request is granted.

04      Accordingly, the Court hereby ORDERS as follows:

05      (1) Respondent shall comply with Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts by furnishing the Court with a complete copy of the Reporter's Transcript on Appeal, including volumes two, four, and five, by January 29, 2010;

    (2) If any of the above-mentioned materials are unavailable, respondent should inform this Court with specificity as to their unavailability by January 29, 2010;

    (3) No additional briefing is required or requested; and

    (4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

12  DATED this 25th day of January, 2010.

                                    JOHN L. WEINBERG
                                    United States Magistrate Judge

ORDER GRANTING EXTENSION - 2